1 | LYLE C. CAVIN, JR., SBN 44958
LAW OFFICES OF LYLE C. CAVIN, JR.
2 | 201 Fourth Street, Suite 102
Oakland, California 94607
3 | Ph:   (510) 444-2501
Fx:   (510) 444-4209

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID JEWELL,                        ) Case No.: CV 09-1669 JL
                                     )
         Plaintiff,                  ) STIPULATION REQUESTING CHANGE OF CASE
                                     ) MANAGEMENT CONFERENCE DATE AND ORDER
    vs.                              ) THEREON
                                     )
POLAR TANKERS, INC., et al.,         )
                                     )
         Defendant                   )

The parties hereto, through the undersigned consents of their counsel of record, do hereby agree and respectfully request that the Case Management Conference present set for February 16, 2010, be reset for February 10, 2010, at 10:30 a.m., due to a conflict on plaintiff's counsel's calendar

Dated this January 13, 2010

Max L. Kelley
Attorney for Defendants
Polar Tankers, Inc. and
ConocoPhillips Company

Dated this January 14, 2010

Lyle C. Cavin, Jr.
Attorney for Plaintiff
David Jewell

Stipulation Requesting Change of CMC Date and Order Thereon- 1

1  It is so ordered.

2  Dated this January 14, 2010

*James Larson*
James Larson
United States Magistrate Judge

Stipulation Requesting Change of CMC Date and Order Thereon- 2