**COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP**
Terence S. Cox (SBN 076142)
Max L. Kelley (SBN 204943)
190 The Embarcadero
San Francisco, CA 94105
Telephone No.: 415-438-4600
Facsimile No.: 415-438-4601

Attorneys for Defendants
POLAR TANKERS, INC. and
CONOCOPHILLIPS CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEWELL<br><br>Plaintiff,<br><br>v.<br><br>POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY and Does One through Ten, Inclusive<br><br>Defendants. | Case No.: CV 09-01669 JL<br><br>**STIPULATION TO CONTINUE DEADLINE FOR DISCLOSURE OF EXPERT TESTIMONY AND ~~[PROPOSED]~~ ORDER THEREON** |

**STIPULATION**

IT IS HEREBY STIPULATED by the parties to this action by and through their respective counsel that ***good cause*** exists to continue the Expert Disclosure Deadline by approximately 45 days ***in the interests of justice and judicial economy*** based in part upon the following:

(1) This is a maritime personal injury action arising out the plaintiff's slip-and-fall while he was working aboard the defendants' vessel in December 2008. The plaintiff has alleged causes of action for Jones Act negligence, unseaworthiness, and maintenance and cure, and that the defendants are responsible for his alleged resulting damages. The defendants deny they are responsible for the damages.

(2) ***Trial is scheduled for April 26, 2010***;

(3) On July 29, 2009, counsel for the parties attended a Case Management Conference during which no pre-trial deadlines were set by the Court, therefore F.R.C.P. Rule 26(a)(2)(C) governs and the parties' disclosure of expert testimony is tomorrow, January 26, 2010, 90 days before trial;

(4) The parties have been diligent in conducting discovery to date. They have exchanged extensive written discovery and taken four percipient witness depositions, including the plaintiff's. Two more depositions are confirmed to take place tomorrow and the following day. As the parties noted at the CMC, however, due to the defendants' witnesses being employed aboard sea-going vessels, the deposition schedule for those witnesses is determined by their work schedules, which typically requires them to be at sea for up to 75 days or more. Thus, despite the parties' diligent efforts, it is likely the depositions of percipient witnesses will not be completed until the first week of March, 2010.

(5) In light of the extended deposition schedule, it makes sense for the parties' expert disclosures to be exchanged after the depositions have been completed in March so that the experts will have the benefit of everyone's testimony.

(6) The parties therefore agree that the deadline for expert disclosures shall be continued from ***January 26, 2010 to March12, 2010***;

(7) There have been no continuances of any deadlines in this case.

(8) Based upon the above, counsel for the parties submit that good cause exists in the interest of justice and judicial economy to grant the request.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

**CONCLUSION**

Based upon the above, the parties respectfully request that the Court continue the deadline for the Disclosure of Expert Testimony to March 12, 2010.

Respectfully Submitted,

Dated: January 25, 2010
LAW OFFICES OF LYLE C. CAVIN, JR.
Attorneys for Plaintiff DAVID JEWELL

By: _____/S/_____________
Lyle C. Cavin, Jr.

Dated: January 25, 2010
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
POLAR TANKERS, INC. and CONOCOPHILLIPS COMPANY

By: ___/S/_____________
Max L. Kelley

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the deadline for the Disclosure of Expert Testimony is continued from January 26, 2010 to March 12, 2010.

**IT IS SO ORDERED.**

Date: January 26, 2010

By: James Larson
Magistrate James Larson
United States District Court

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601