| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN,** |
| | **HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox (SBN 076142) |
| | Max L. Kelley (SBN 204943) |
| 3 | 190 The Embarcadero |
| | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
| | Facsimile No.: 415-438-4601 |
| 5 | |
| | Attorneys for  Defendants |
| 6 | POLAR TANKERS, INC. and |
| | CONOCOPHILLIPS CO. |
| 7 | |
| 8 | Lyle C. Cavin, Jr. (SBN 44958) |
| | **LAW OFFICES OF LYLE C. CAVIN, JR.** |
| 9 | 201 Fourth Street, Suite 102 |
| | Oakland, CA 94607 |
| 10 | (510) 444-2501 |
| 11 | Attorneys for Plaintiff DAVID JEWELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID JEWELL, | ) | Case No.:  CV 09-01669 JL |
| | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| Plaintiff, | ) | **DEADLINE FOR DISCLOSURE** |
| | ) | **OF EXPERT TESTIMONY AND** |
| v. | ) | ~~[PROPOSED]~~ **ORDER THEREON** |
| | ) | |
| POLAR TANKERS, INC., | ) | |
| CONOCOPHILLIPS COMPANY and | ) | |
| Does One through Ten, Inclusive | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties to this action by and through their respective counsel that *good cause* exists to continue the Expert Disclosure Deadline by approximately 21 days *in the interests of justice and judicial economy* based in part upon the following:

(1) This is a maritime personal injury action arising out the plaintiff's slip-and-fall while he was working aboard the defendants' vessel in December 2008.  The

1 plaintiff has alleged causes of action for Jones Act negligence, unseaworthiness, and
2 maintenance and cure, and that the defendants are responsible for his alleged
3 resulting damages. The defendants deny they are responsible for the damages.

(2) **Trial is scheduled for July 19, 2010**;

(3) On February 10, 2010, counsel for the parties attended a Case Management Conference during which pre-trial deadlines were set by the Court, including **May 1, 2010**, as the deadline for expert disclosures pursuant to Fed. R. Civ. Proc. 26;

(4) The parties have been diligent in conducting discovery to date and have almost completed lay discovery. They have exchanged extensive written discovery and taken more than 10 percipient witness depositions, including the plaintiff's. Two more depositions are being scheduled to take place this week.

(5) The recent motion practice regarding the self-critical analysis privilege has delayed the deposition of the defendants' Person Most Knowledgeable regarding it root-cause analysis, although that deposition is in the process of being scheduled to go forward this week.

(6) Plaintiff has also recently claimed he is entitled to psychotherapy therapy treatments, which the defendants have authorized. The plaintiff's claim, however, has meant that the defendants have had to retain an expert psychotherapist and arrange for an IME of the plaintiff to assess his mental condition

(7) In light of the extended deposition schedule and further expert discovery, it makes sense for the parties' expert disclosures to be exchanged after the depositions and expert discovery have been completed in the next few weeks so that the experts will have the benefit of that additional information.

(8) The parties therefore agree that the deadline for expert disclosures shall be continued from **May 1, 2010** to **May 21, 2010**, and without the need to continue the current trial date.

(9) The expert disclosure date was previously continued from January 26, 2010 to March 12, 2010, and the trial date was previously continued from April 26, 2010 to

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CONOCO.Jewell

July 19, 2010.  ***The parties do not anticipate any further continuances of the trial or pre-trial dates.***

(10)   Based upon the above, counsel for the parties submit that good cause exists in the interest of justice and judicial economy to grant the request.

**CONCLUSION**

Based upon the above, the parties respectfully request that the Court continue the deadline for the Disclosure of Expert Testimony to ***May 21, 2010***.

Respectfully Submitted,

Dated:  April 27, 2010
LAW OFFICES OF LYLE C. CAVIN, JR.
Attorneys for Plaintiff DAVID JEWELL


By:  _____/S/_____
        Lyle C. Cavin, Jr.


Dated:  April 27, 2010
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
POLAR TANKERS, INC. and CONOCOPHILLIPS COMPANY

By:  ____/S/_____
        Max L. Kelley

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the deadline for the Disclosure of Expert Testimony is continued from May 1, 2010 to May 21, 2010.

**IT IS SO ORDERED.**

Date:  ___April 27_____, 2010      By:  _____
                                                                   Magistrate James Larson
                                                                   United States District Court