| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Terence S. Cox  (SBN 076142) |
|   | Max L. Kelley (SBN 204943) |
| 3 | 190 The Embarcadero |
|   | San Francisco, CA  94105 |
| 4 | Telephone No.: 415-438-4600 |
|   | Facsimile No.: 415-438-4601 |
| 5 | |
|   | Attorneys for  Defendants |
| 6 | POLAR TANKERS, INC. and |
|   | CONOCOPHILLIPS CO. |
| 7 | |
| 8 | Lyle C. Cavin, Jr. (SBN 44958) |
|   | **LAW OFFICES OF LYLE C. CAVIN, JR.** |
| 9 | 201 Fourth Street, Suite 102 |
|   | Oakland, CA 94607 |
| 10 | (510) 444-2501 |
| 11 | Attorneys for Plaintiff DAVID JEWELL |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DAVID JEWELL, | ) | Case No.: CV 09-01669 JL |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE DEADLINE FOR FILING AND SERVICE OF JOINT PRETRIAL STATEMENT AND** ~~[PROPOSED]~~ **ORDER THEREON** |
| v. | ) | |
| | ) | |
| POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY and Does One through Ten, Inclusive | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED by the parties to this action by and through their respective counsel that ***good cause*** exists to continue the deadline for filing and serving of their Joint Pretrial Statement by approximately 18 days ***in the interests of justice and judicial economy***, based upon the following:

/ / /

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CONOCO.Jewell

-1-   Case No. CV 09-01669 JL
STIPULATION TO CONTINUE DEADLINE TO FILE AND SERVE JOINT PRETRIAL STATEMENT

(1) This is a maritime personal injury action arising out the plaintiff's slip-and-fall while he was working aboard the defendants' vessel in December 2008. The plaintiff has alleged causes of action for Jones Act negligence, unseaworthiness, and maintenance and cure, and that the defendants are responsible for his alleged resulting damages. The defendants deny they are responsible for the damages.

(2) Trial is scheduled for July 19, 2010;

(3) ***Mediation is scheduled for June 23, 2010***;

(4) On February 10, 2010, counsel for the parties attended a Case Management Conference during which pre-trial deadlines were set by the Court, including ***June 10, 2010***, as the deadline for filing and serving the parties' Joint Pretrial Statement;

(5) The parties have been diligent in conducting discovery to date and have essentially completed lay discovery. The parties have timely completed their expert disclosures as required by the Case Management and Pretrial Order and are currently in the process of taking expert depositions;

(6) In light of the on-going expert discovery (depositions) and the parties' good faith belief that this case has a reasonable chance of settling at the upcoming mediation on June 23, 2010, and in the interest of judicial economy, it makes sense to continue the deadline to file and serve the parties' Joint Pretrial Statement ***until after the mediation***;

(7) The parties therefore agree that the deadline for filing and serving the parties' Joint Pretrial Statement shall be continued from ***June 10, 2010*** to ***June 28, 2010***, and without the need to continue any other deadlines, including the trial date.

(8) The expert disclosure date was previously continued from March 12, 2010 to May 21, 2010, and the trial date was previously continued from April 26, 2010 to July 19, 2010. ***The parties do not anticipate any further continuances of the trial or pre-trial dates.***

(9) Based upon the above, counsel for the parties submit that good cause exists in the interest of justice and judicial economy to grant the request.

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO, CA
94105
TEL: 415-438-4600
FAX: 415-438-4601

CONOCO.Jewell

**CONCLUSION**

Based upon the above, the parties respectfully request that the Court continue the deadline for the filing and service of their Joint Pretrial Statement until *June 28, 2010*.

Respectfully Submitted,

Dated: June 9, 2010
LAW OFFICES OF LYLE C. CAVIN, JR.
Attorneys for Plaintiff DAVID JEWELL

By: \_\_\_\_\_/S/_____
   Lyle C. Cavin, Jr.

Dated: June 9, 2010
COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
POLAR TANKERS, INC. and CONOCOPHILLIPS COMPANY

By: \_\_\_/S/_____
   Max L. Kelley

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION IT IS HEREBY ORDERED THAT** the deadline for filing and serving of the parties' Joint Pretrial Statement is continued from June 10, 2010 to June 28, 2010.

**IT IS SO ORDERED.**

Date: \_\_\_\_\_June 14_____, 2010   By: _____
                                            Magistrate James Larson
                                            United States District Court

COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP
190 THE EMBARCADERO
SAN FRANCISCO, CA 94105
TEL: 415-438-4600
FAX: 415-438-4601

CONOCO.Jewell

-3-    Case No. CV 09-01669 JL
STIPULATION TO CONTINUE DEADLINE TO FILE AND SERVE JOINT PRETRIAL STATEMENT