```
LYLE C. CAVIN, JR., SBN 44958
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
(510) 444-2501
```

Attorneys for Plaintiff
David Jewell

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JEWELL, | Case No. CV 09-1669 JL |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| POLAR TANKERS, INC., CONOCOPHILLIPS COMPANY, and Does One through Ten, Inclusive, | |
| Defendants. / | |

This case having been fully compromised and settled, the parties hereby stipulate pursuant to F. R. C. P. Rule 41(a)(1) and request the Court to order that this action be dismissed with prejudice, each party to bear its own costs.

Dated: August 27, 2010          LAW OFFICES OF LYLE C. CAVIN, JR.

                                By:      /S/
                                     Lyle C. Cavin, Jr.
                                     Attorneys for Plaintiff, David Jewell

Dated: August 27, 2010          COX, WOOTTON, GRIFFIN,
                                     HANSEN & POULOS

                                By:      /S/
                                     Max L. Kelley
                                     Attorneys for Defendants
                                     Polar Tankers & ConocoPhillips

1
Stipulation and Order of Dismissal of Action with Prejudice, CV 09-1669 JL

IT IS SO ORDERED.

Dated: August 30, 2010

_____
James Larson
United States Magistrate Judge